UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

## CHANGE OF MAILING ADDRESS FOR DEBTOR(S)

Name of Debtor(s) listed on the bankruptcy case:     CASE NO.: __19-30489__

Lawanna J Young     Chapter: __13__

1. This change of mailing address is requested by:  [✓] Debtor   [ ] Joint Debtor

2. **Old Address:**

   Name(s): Lawanna J Young

   Mailing Address: 1242 Rosewood Ct, Unit A

   City, State, Zip Code: Elgin, IL 60120

3. **New Address:**

   Mailing Address: 1339 Getzelman Drive

   City, State, Zip Code: Elgin illinois 60123

4. [ ] Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint Debtor's DeBN account number: _____

Date: 1/2/2020

DAVID H CUTLER
Requestor's printed name(s)

*David Cutler*
Requestor's signature(s)

Debtor's Attorney
Title (if applicable, of corporate officer, partner or agent)

**This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015**

8/2015bgb