IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:                                  )
                                        )
                                        )    Chapter 13
LAWANNA J. YOUNG,                       )
                                        )    Case No.   19-30489
            Debtor,                     )
                                        )

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

NOW COMES the ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY ("IDES") and files this Notice of Withdrawal of Proof of Claim No. 15. In support thereof, the IDES respectfully represent the following:

1. IDES filed its original proof of claim herein on March 31, 2019 in the amount of $2,390.00.

2. IDES desires to withdraw its proof of claim no. 15 which is a duplicate.

Respectfully submitted,

ANDREW L. DRYJANSKI
Assistant Attorney General
33 S. State Street
Chicago, Illinois 60603
(312) 793-9210

BY: _____
ANDREW L. DRYJANSKI
Assistant Attorney General
Attorney for IDES