IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  19-30489 |
| | ) | |
| Lawanna J Young | ) | Chapter 13 |
| | ) | |
| | ) | Judge Donald R Cassling |
| Debtor(s) | ) | |

**Notice of Objection**

The Debtor objects to the Trustee's Motion to Dismiss for Failure to Make Plan Payments.

                                                David H. Cutler,
                                                Attorney for the Debtor

                                                /s/ *David H. Cutler*
                                                By:  David H. Cutler

Cutler & Associates, Ltd.
David H. Cutler
Attorney for the Debtor
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600