**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   19-30489 |
| Lawanna Young | ) | |
| | ) | HON.  Donald R. Cassling |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |

**NOTICE OF MOTION**

TO:    Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603, via electronic court notification;

See attached service list.

PLEASE TAKE NOTICE THAT that on August 27, 2020 at 10:00 a.m., I will appear before the Honorable Judge Donald R. Cassling or any judge sitting in that judge's place, and present the motion of Debtors to Modify Plan Post Confirmation, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746- 7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:    David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

## **CERTIFICATE OF SERVICE**

      I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically or through U.S. Mail on each entity shown on the attached list at the address shown on the list on August 6, 2020 by 9:00 p.m.

                    By:    /s/ David H. Cutler
                              David H. Cutler, esq.
                              Counsel for Debtor(s)
                              Cutler & Associates, Ltd.
                              4131 Main St.
                              Skokie, IL 60076

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-30489 |
| Lawanna Young | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Donald R. Cassling |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Lawanna Young, (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on October 26, 2019 and her Plan was confirmed on December 19, 2019.

3. The Debtor's confirmation Order provides for a plan payment of $473 for 60 months with unsecured creditors receiving 10% of their unsecured claims.

4. The Debtor's plan was modified on April 16, 2020 to defer the trustee default of $470 to the end of the plan and to increase the plan payment to $550 a month until the end of the plan beginning with the April 2020 plan payment.

5. The Debtor has a current trustee default of $2,200 as of the date of this motion.

6. The Debtor has been furloughed from her job at GC Services LP due to the Covid-19 pandemic and experienced a loss of income and as a result Debtor fell behind on her plan payments and other living expenses.

7. The Debtor is experiencing a material financial hardship directly related to the coronavirus disease 2019 (Covid–19) pandemic. The Debtor is looking to defer the current trustee default to the end of the plan and to extend the Chapter 13 plan term to 61 months under H.R. 748 – CARES ACT §1113 since the Debtor's loss of income was a result of the (Covid–19) pandemic.

8. The Debtor will be in a position to make plan payments going forward if the payments are deferred and her Chapter 13 plan term is extended to 61 months as she has taken a position with Staffmark so she will have a steady income coming in, but she is unable to catch up on the full default amount.

9. Debtor requests that this Honorable Court defer the current trustee default to the end of the plan and to extend the Chapter 13 plan term to 61 months in accordance with 11 U.S.C. §1329(d)(1).

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current trustee default to the end of the plan and to extend the Chapter 13 plan term to 61 months in accordance with 11 U.S.C. §1329(d)(1); and for such further relief that this Court may deem just and proper.

Dated:  August 6, 2020                              Respectfully Submitted,


                                                    By:    /s/ David H. Cutler

                                                    David H. Cutler, esq.,
                                                    Counsel for Debtor(s):
                                                    4131 Main St.
                                                    Skokie, IL 60076
                                                    Phone: (847) 673-8600