UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )         BK No.:   19-30489
Lawanna J Young            )
                                         )         Chapter:  13
                                         )         Honorable Donald R. Cassling
                                         )
                                         )
         Debtor(s)             )

**ORDER MODIFYING THE PLAN POST CONFIRMATION**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. That the current plan default is deferred to the end of the plan.

2. The Chapter 13 plan term is extended to 61 months in accordance with 11 U.S.C. §1329(d)(1).

3. The plan base shall remain the same.

4. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: August 27, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600